UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NAPOLEON HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN E. WHITLEY, Acting Secretary, U.S. Department of the Army,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 18-cv-3562-JKB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Laura Nagel, of the law firm Alan Lescht and Associates, P.C., respectfully enters her appearance as counsel for Plaintiff, NAPOLEON HARRIS in the above-captioned case and substitutes for RANI ROLSTON.

Date: February 4, 2021                              RESPECTFULLY SUBMITTED,

                                                    ALAN LESCHT AND ASSOCIATES, P.C.

                                                         /s/ Laura Nagel
                                                    Laura Nagel [21537]
                                                    Alan Lescht & Associates, P.C.
                                                    1825 K Street NW, Suite 750
                                                    Washington, DC 20006
                                                    Tel (202) 463-6036
                                                    Fax (202) 463-6067
                                                    laura.nagel@leschtlaw.com
                                                    *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of February, 2021, I filed a copy of the foregoing Notice of Substitution *via* email and the Court's electronic filing system, which will serve notice on:

Evelyn Lombardo Cusson
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, MD 21201
evelyn.cusson@usdoj.gov

          /s/ Laura Nagel
Laura Nagel [21537]
ALAN LESCHT AND ASSOCIATES, P.C.
1825 K Street NW, Suite 750
Washington, DC 20006
Tel (202) 463-6036
Fax (202) 463-6067
laura.lescht@leschtlaw.com
*Counsel for Plaintiff*