IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAPOLEON HARRIS,

    Plaintiff,

v.                                                                                    Case No. 18-cv-3562-JKB

U.S. DEPARTMENT OF THE ARMY,
CHRISTINE WORMUTH,

    Defendant.

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO POSTPONE TRIAL

Defendant, the United States Department of the Army, by and through undersigned counsel, hereby opposes Plaintiff's Emergency Motion to Postpone the Trial (ECF No. 119), and in support thereof, states:

1. The trial in this matter has been scheduled since April 12, 2022 (ECF No. 83). The Court referred the matter for a settlement conference on May 23, 2022, and the settlement conference was cancelled as of May 6, 2022, because it was determined by the United States Magistrate Judge that such a conference would not be fruitful.

2. Since that time, it was incumbent upon Plaintiff to secure the attendance of his witnesses at trial, or to make an alternate arrangement for their testimony, such as a de bene esse deposition.

3. For its part, the United States Department of the Army has worked to secure the attendance of numerous witnesses at trial, some of whom are travelling a great distance to attend. In addition, to accommodate a witness who could not appear in person for trial, the Defendant arranged and conducted a de bene esse deposition, in coordination with counsel for Plaintiff.

4.      Counsel for Plaintiff has experienced firsthand the recalcitrance of witness Corry McGriff. After being served with a deposition subpoena by Plaintiff, McGriff failed to appear on May 19, 2021 and again on June 2, 2021.  Then, this Court ordered McGriff to appear at a deposition on August 13, 2021 in Courtroom 5A and McGriff did not appear and ignored the Court's Order.  It was only after a bench warrant was issued and McGriff was arrested by the United States Marshals that he posted for a deposition on October 5, 2021, five months in the making.  The attempt to secure the involvement of McGriff at the trial of this matter set to begin on August 22nd should have occurred much earlier than only two weeks before on August 5th. (ECF No. 119 at 2).

5.      Further, Plaintiff should have raised this issue at the Pre-Trial Conference, which at least would have given the Court the opportunity to consider whether appearance by another means, such as by phone or video teleconference, or through a de bene esse deposition, was a possibility.

6.      At this late date, only two business days before the trial is set to begin, a continuance will prejudice the Defendant, which has expended considerable resources to prepare.  Also, Defendant's witnesses, some of whom are far flung, have made their travel arrangements, and are set to testify.  For instance, Colonel Jennifer Chapman will travel from Fort Gordon Georgia to participate in the trial of this matter.  Colonel Jonathan Perez is travelling from Camp Smith, Hawaii to testify.  Retired General Jennifer Buckner will travel from South Carolina to testify, and civilian Gregory Platt will undertake travel from Boston, Massachusetts to attend the trial while on leave from the Army.

7.      Further, Defendant objects to the use of the deposition transcript of McGriff at the trial. The jury should have an opportunity to observe McGriff through live testimony in order to make credibility determinations, or not at all.  Plaintiff cannot demonstrate that he attempted to secure McGriff's attendance by process or other reasonable means pursuant to Fed. R. Evid. 804(a)(5),

when he did not even attempt to contact McGriff and serve him with process until August 5th, only two weeks before trial was set to begin. Plaintiff concedes that as late as July 22, when Plaintiff opposed the Army's motion to postpone the trial, that Plaintiff had not attempted to contact McGriff to secure his attendance at trial and was not aware of his whereabouts overseas.

8. For these reasons, the Court should deny the Motion to Postpone the Trial.

                    __/s/_____
                    Evelyn Lombardo Cusson (Bar No. 13926)
                    Tarra DeShields
                    Assistant United States Attorneys
                    36 S. Charles Street, 4th Floor
                    Baltimore, Maryland 21201
                    Phone: (410) 209-4800
                    Evelyn.Cusson@usdoj.gov
                    Tarra.DeShields@usdoj.gov
                    *Counsel for Defendant, United States Department of the Army*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2022 a copy of the foregoing Defendant's Opposition to Motion to Postpone Trial was served on counsel of record via the Court's CM/ECF system.

                    __/s/_____
                    Evelyn Lombardo Cusson (Bar No. 13926)
                    Assistant United States Attorney