IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NAPOLEON HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-18-3562 |
| CHRISTINE WORMUTH, Secretary, U.S. Department of the Army, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT FORM

**Question 1.** Do you unanimously find by a preponderance of the evidence that the Defendant terminated the Plaintiff's employment because the Plaintiff made contact with an Equal Employment Opportunity official, and that, but for that contact, Plaintiff would not have been terminated?

Yes ✓   No _____

[If you answered "No" to Question 1, your foreperson should sign and date this verdict form and advise the Court Security Officer in writing that you have reached a verdict. If you answered "Yes" to Question 1, then proceed to and answer Question 2.]

**Question 2.** What amount of damages, if any, do you unanimously award the Plaintiff for his noneconomic suffering?

$ 300,000.00

[Once you complete Question 2, your foreperson should sign and date this verdict form and advise the Court Security Officer in writing that you have reached a verdict.]

1

The foregoing constitutes the unanimous verdict of the jury.

**SIGNATURE REDACTED**
_____
Foreperson Signature

_____8/31/22_____
Date